UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIGITAL GADGETS, LLC,<br>　　Plaintiff,<br><br>　　v.<br><br>OSRAM SYLVANIA, INC.<br>　　Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 1:12-cv-11053-DPW<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF
## OSRAM SYLVANIA, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court Local Rule 7.3, Defendant, Osram Sylvania, Inc., states that its parent corporation is OSRAM AG, which is a wholly-owned subsidiary of Siemens AG.  Siemens AG is a publicly held company.

　　　　　　　　　　　　　　　　　　　　　OSRAM SYLVANIA, INC.
　　　　　　　　　　　　　　　　　　　　　by its attorneys,


　　　　　　　　　　　　　　　　　　　　　/s/ Paul F. Beckwith
　　　　　　　　　　　　　　　　　　　　　Paul F. Beckwith, BBO #:  550186
　　　　　　　　　　　　　　　　　　　　　Jennifer B. Furey, BBO #:  634174
　　　　　　　　　　　　　　　　　　　　　Mary Katherine Geraghty, BBO #:  664645
　　　　　　　　　　　　　　　　　　　　　COOLEY MANION JONES LLP
　　　　　　　　　　　　　　　　　　　　　21 Custom House Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　T: 617-737-3100
　　　　　　　　　　　　　　　　　　　　　F: 617-670-8730
　　　　　　　　　　　　　　　　　　　　　pbeckwith@cmjlaw.com
　　　　　　　　　　　　　　　　　　　　　jfurey@cmjlaw.com
　　　　　　　　　　　　　　　　　　　　　mgeraghty@cmjlaw.com

Dated:  July 17, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the above date.

/s/ Paul F. Beckwith
Paul F. Beckwith

837172